**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **ARTURO RODRIGUEZ** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| | § | |
| **vs.** | § | **No. 2:25-CV-00074-EG-JAC** |
| | § | |
| | § | |
| **CITY OF DEL RIO,** | § | |
| **RICK ROMAN-POLICE CAPTAIN,** | § | |
| **JOHN DOE-POLICE OFFICER** | § | |
| **FRANK RAMIREZ-CHIEF OF POLICE** | § | |
| *Defendants* | § | |

**ORDER ON DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S ORIGINAL COMPLAINT**

On this day, the Court considered Defendants' Motion to Dismiss Plaintiff's Original Complaint. After considering said Motion, pleadings of counsel, and arguments of Counsel, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Plaintiff's Original Complaint is granted, and all claims are hereby dismissed with prejudice as to Defendants City, Doe and Ramirez.

SIGNED THIS _____ day of _____, 2026.

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE