# EXHIBIT "A"

| ARTURO RODRIGUEZ | § | |
| :--- | :--- | :--- |
| *Plaintiff* | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | No. 2:25-CV-00074-EG-JAC |
| | § | |
| | § | |
| CITY OF DEL RIO, | § | |
| RICK ROMAN-POLICE CAPTAIN, | § | |
| JOHN DOE-POLICE OFFICER | § | |
| FRANK RAMIREZ-CHIEF OF POLICE | § | |
| *Defendants* | § | |

## DECLARATION OF DULCE GONZALEZ

| STATE OF TEXAS | § |
| :--- | :--- |
| | § |
| COUNTY OF VAL VERDE | § |

My name is Dulce Gonzalez. I am over the age of eighteen (18) years, am of sound mind, and am fully capable of making this declaration. I am personally familiar with facts recited below, which are true and correct.

Currently, I hold the position of Corporal and Internal Affairs Investigator for the City of Del Rio ("City") Police Department. I am personally familiar with the lawsuit referenced above filed by Arturo Rodriguez ("Plaintiff") against the City and its police officers based upon an incident occurring on October 2, 2023.

I reviewed the video recordings of the hallway and office just inside the restricted area from the lobby of the City's Police Department. **Exhibit A1 and A6.** I have also reviewed the video recordings of the lobby of the City's Police Department attached herein as **Exhibit A2 through A5.**

In my capacity as Internal Affairs Investigator, I serve as a Custodian of Records for the City's Police Department, including the video recordings referenced above. Of those records, attached hereto is a true and correct copy of the above-referenced video on compact discs and/or flash drives of the digital recordings reflecting:

**Exhibit A1:**  Video recording entitled,
"Equipment Hall_S20231002170601_E20231002170654"

**Exhibit A2:**  Video recording entitled,
"Lobby 1_S20231002170615_E20231002170837(1)"

**Exhibit A3:**  Video recording entitled,
"Lobby 1_S20231002173530_E20231002174023"

**Exhibit A4:**  Video recording entitled,
"Lobby 1_S20231002173530_E20231002174059"

**Exhibit A5:**  Video recording entitled,
"Lobby 2_S20231002173645_E20231002174054"

**Exhibit A6:**  Video recording entitled,
"Walk-in Interview_S20231002165945_E20231002170654"

The attached digital footage from the City's Police Department cameras are kept by the City of Del Rio Police Department where I am a Corporal and custodian of records, in the regular course of business, and it was in the regular course of business and activity of the City of Del Rio, with knowledge of the act and contains information transmitted by the person with knowledge of the matters of the event, condition, opinion, recorded, to make the video recording or to transmit information thereof to be included in such video recordings; and the video recordings were made at or near the time of the occurrence of the matters set forth in the digital footage and was made by the regularly conducted activity as a usual practice for the City. The records and video recordings attached are exact duplicates of the originals which are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2026.

_____
DULCE GONZALEZ

*Arturo Rodriguez v. City of Del Rio, et al*
**No. DR25CV0074 (U.S.D.C. Western District, Del Rio Division)**

**DEFENDANT RICK ROMAN'S MOTION TO DISMISS
PLAINTIFF'S ORIGINAL COMPLAINT
EXHIBITS A1 - A6**

**<span style="color:red">THE VIDEO RECORDINGS
WILL BE MAILED UNDER SEPARATE COVER</span>**