FILED

JAN 23 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

ARTURO RODRIGUEZ

Plaintiff

vs.                                         No. 2:25-CV-00074

CITY OF DEL RIO,

RICK ROMAN-POLICE CAPTAIN,

JOHN DOE-POLICE OFFICER

FRANK RAMIREZ-CHIEF OF POLICE

Defendants

---

**PLAINTIFF' ARTURO RODRIGUEZ MOTION REQUESTING EXTENSION TO RESPOND TO DEFENDANTS MOTION TO DISMISS.**

---

To the Honorable Judge of the Court, Here comes PLAINTIFF ARTURO RODRIGUEZ/PRO SE, requesting an extension to respond to defendants' motion to dismiss. Requesting extension to February 28, 2026. DEFENDANTS are unopposed to extension as evidenced in email response from defendant's attorneys representing all four defendants.

/s/ Arturo Rodriguez

Respectfully summitted,

ARTURO RODRIGUEZ /PRO SE

205 FOSTER DRIVE

DEL RIO, TEXAS 78840

Artrod67@msn.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served

in accordance with the Federal Rules of Civil Procedure on this 23 day of January 2026, to the

following via email at

Pbernal@rampagelaw.com

Cmrodriguez@rampagelaw.com

Csanchez@rampagelaw.com

PATRICK C. BERNAL

CLARISSA M. RODRIGUEZ

CORINA SANCHEZ

/s/ Arturo Rodriguez

Arturo Rodriguez

Pro Se

205 Foster Drive

Del Rio, Texas 78840

Artrod67@msn.com

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION


ARTURO RODRIGUEZ

Plaintiff


V.                                                        DR 2:25 CV 00074-EG-JAC


CITY OF DEL RIO

RICK ROMAN-CAPTAIN

JOHN DOE- POLICEMAN

FRANK RAMIREZ- CHIEF

---

ORDER GRANTING EXTENSION TO PLAINTIFF FOR RESPONDING TO DEFENDANTS MOTION TO DISMISS.

---

On this day, the Court considered Plaintiff ARTURO RODRIGUEZ MOTION FOR EXTENSION to respond to defendants' motion to dismiss. After considering said Motion, the Court is of the opinion that the Motion should be GRANTED

IT IS THEREFORE ORDERED that ARTURO RODRIGUEZ' Motion be GRANTED.

SIGNED THIS _____ day of _____, 2026.

_____

UNITED STATES DISTRICT JUDGE

 **Gmail**                                   **Arturo Rodriguez <delriotx67@gmail.com>**

## Fwd: Arturo Rodriguez v. City of Del Rio, et al

**ARTURO RODRIGUEZ** <artrod67@msn.com>                    Fri, Jan 23, 2026 at 12:18 PM
To: Arturo Rodriguez <delriotx67@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** ARTURO RODRIGUEZ <artrod67@msn.com>
> **Date:** January 22, 2026 at 11:07:37 CST
> **To:** Mary Ann Hernandez <mhernandez@rampagelaw.com>
> **Cc:** Patrick Bernal <pbernal@rampagelaw.com>, Clarissa Rodriguez <cmrodriguez@rampagelaw.com>,
> Corina Sanchez <csanchez@rampagelaw.com>, Marlena Guajardo <mguajardo@rampagelaw.com>
> **Subject: Re: Arturo Rodriguez v. City of Del Rio, et al**

Thank you.

Sent from my iPhone

On Jan 22, 2026, at 11:06, Mary Ann Hernandez <mhernandez@rampagelaw.com> wrote:

Mr. Rodriguez,

Counsel has agreed to your request for an extension to respond to the motions to dismiss.

Sincerely,

# Mary Ann Hernandez

**From:** ARTURO RODRIGUEZ <ARTROD67@msn.com>
**Sent:** Wednesday, January 21, 2026 5:22 PM
**To:** Mary Ann Hernandez <mhernandez@rampagelaw.com>
**Cc:** Patrick Bernal <pbernal@rampagelaw.com>; Clarissa Rodriguez
<cmrodriguez@rampagelaw.com>; Corina Sanchez <csanchez@rampagelaw.com>;
Marlena Guajardo <mguajardo@rampagelaw.com>
**Subject:** Re: Arturo Rodriguez v. City of Del Rio, et al

January 21, 2026

Good day. I am receipt of Mr Romans motion to dismiss.

I am respectfully requesting an extension to respond to this motion to be extended along with to coincide with the other three to the date of February 28, 2026.

Please let me know if you oppose or approve extension.

Respectfully,

Arturo Rodriguez

Sent from my iPhone

On Jan 20, 2026, at 20:37, Mary Ann Hernandez <mhernandez@rampagelaw.com> wrote:

Mr. Rodriguez,

I have attached correspondence and Defendant Rick Roman's Motion to Dismiss Plaintiff's Original Complaint [Dkt 28].

Sincerely,

# Mary Ann Hernandez

**Legal Secretary**

**Denton Navarro Rodriguez Bernal Santee & Zech, P.C.**

**2517 N. Main Avenue**

**San Antonio, Texas 78212**

**Phone: (210) 227-3243**

**Direct: (210) 874-6520**

**Fax: (210) 225-4481**

**E-mail: mhernandez@rampagelaw.com**