**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **ARTURO RODRIGUEZ** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| | § | |
| **vs.** | § | **No. 2:25-CV-00074-EG-JAC** |
| | § | |
| | § | |
| **CITY OF DEL RIO,** | § | |
| **RICK ROMAN-POLICE CAPTAIN,** | § | |
| **JOHN DOE-POLICE OFFICER** | § | |
| **FRANK RAMIREZ-CHIEF OF POLICE** | § | |
| *Defendants* | § | |

**ORDER ON DEFENDANTS' MOTIONS TO DISMISS AND**
**SUPPLEMENTAL ARGUMENTS, AUTHORITIES, AND EVIDENCE FOR**
**MOTION FOR SUMMARY JUDGMENT**
**AS TO PLAINTIFF'S ORIGINAL COMPLAINT**

On this day, the Court considered Defendant CITY OF DEL RIO ("City") and POLICE CHIEF FRANK RAMIREZ, POLICE OFFICER JOHN DOE, and RICK ROMAN's ("Defendant Officers"), collectively "Defendants," Supplemental Arguments, Authorities and Evidence as a Motion for Summary Judgment for Plaintiff's Original Complaint. After considering said Motion, pleadings of counsel, and arguments of Counsel, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss [Dkt. 26, 28] and Supplemental Arguments, Authorities and Evidence as a Motion for Summary Judgment for Plaintiff's Original Complaint are granted, Defendants Roman and Ramirez are granted qualified immunity, and all claims are hereby dismissed with prejudice as to all Defendants.

SIGNED THIS _____ day of _____, 2026.


_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE